**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**BEARD REAL ESTATE HOLDING TWO, LLC** **PLAINTIFF**

**v.** **CASE NO. 2:25-CV-00171-BSM**

**TRAVELODGE HOTELS, INC., *et al.*** **DEFENDANTS**

# JUDGMENT

Consistent with the order entered today, Travelodge Hotel Inc.'s counterclaim is dismissed without prejudice and the parties will bear their own fees and expenses.

IT IS SO ORDERED this 9th day of September, 2026.

Brian S. Miller
UNITED STATES DISTRICT JUDGE